# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMONT SKAGGS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>　　　　　Defendants. | Case No.: 2:22-cv-03943-WLH-RAO<br><br>District Judge: Wesley L. Hsu<br><br>**JUDGMENT [36]** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiff RAYMONT SKAGGS ("Plaintiff") accepted Defendant FCA US LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on October 3, 2023.

　　Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $126,630.00 pursuant to the terms of the Rule 68 Offer.

　　**IT IS SO ORDERED.**

Date: 11/21/2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. WESLEY L. HSU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE